AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Manuel Humberto ALVAREZ-Calderon<br><br>*Defendant(s)* | Case No: 25-792 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 18, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: INTOXICATION MANSLAUGHTER W/VEHICLE, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On April 18, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via Brownsville, Texas on or about February 07, 2004. This was subsequent to an aggravated felony conviction for "INTOXICATION MANSLAUGHTER W/VEHICLE" in the State of Texas on or about October 14, 2002. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Daniel Calzada, Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 19, 2025

City and state: Las Cruces, N.M.

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*